UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-10807-PD                              Date: February 10, 2026

Title    *Joongangilbo USA, Inc. v. Sunday Media Inc. et al*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                                          N/A

**Proceedings (In Chambers):        Order to Show Cause Re Notice of Related Case**

The Complaint in this action alleges that Defendants Sunday Media Inc., Young Ju Kim, Jung Suk Kim, and Sangtae Choi published online articles on August 13, 2024 and November 4, 2025, which each contained an unauthorized photograph owned by Plaintiff.  Dkt. No. 1 at 14–18.  The Complaint alleges that Plaintiff has previously sued Defendants Y. Kim and Choi for copyright infringement between November 2022 and January 2023 in a pending case filed in this District: *Joongangilbo USA Inc. v. KoreaTV.Radio, et al.*, Case No. 2:24-cv-06028-JLS-RAO.  *Id.* ¶ 27–28.  Sunday Media Inc. is also a defendant in that case.

Local Rule 83-1.3.1 states in relevant part:

It shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges. . . .

| CV-90 (03/15) | Civil Minutes – General | Page 1 of 2 |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-10807-PD                          Date: February 10, 2026

Title     *Joongangilbo USA, Inc. v. Sunday Media Inc. et al*

> That cases may involve the same patent, trademark, or copyright does not, by itself, constitute a circumstance contemplated by (a), (b), or (c). . . .
>
> The Notice must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another.

L.R. 83-1.3.1

No notice of related case has been filed in this action.  Plaintiff is ordered to show cause by **February 13, 2026**, why a Notice of Related Case was not filed in this action.


IT IS SO ORDERED.

---